FILED: May 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1809
(5:23-cv-00501-D-KS)

_____

JOHN JEROME PALCZUK; KAREN ELIZABETH PALCZUK

      Plaintiffs - Appellees

v.

STEVEN CONWAY; LORI CONWAY

      Defendants - Appellants

and

LORCON, LLC #1; LORCON, LLC #4

      Defendants

_____

O R D E R
_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk